UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WENDY CASTRO, M.C., a minor, by
and through his mother and natural
guardian

       Plaintiff,

v.                                                    Case No:   2:15-cv-378-FtM-38CM

UNITED STATES OF  AMERICA,

       Defendant.
_____/

## ORDER

This matter comes before the Court on the parties' oral request for a settlement conference with a United States Magistrate Judge.  At last month's hearing, the parties expressed that a settlement conference would be beneficial in resolving this case.  The Court agrees and grants their request.

Accordingly, it is now

**ORDERED:**

This case is **REFERRED** to the Honorable Mac R. McCoy to conduct a settlement conference and issue any order deemed appropriate thereafter.  The parties shall contact Judge McCoy's Chambers to arrange a mutually agreeable time to participate in the settlement conference.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of October, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record