UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WENDY CASTRO, M.C., a minor, by
and through his mother and natural
guardian

       Plaintiff,

v.                            Case No:  2:15-cv-378-FtM-38CM

UNITED STATES OF AMERICA,

       Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on the Honorable Carol Mirando's sealed Report and Recommendation (Doc. #49) filed January 13, 2017.  Judge Mirando recommends granting the Motion for Approval of Minor's Settlement (Doc. #48).  Neither party objects to the Report and Recommendation.  (Doc. #50).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  See 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  Absent specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even absent an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After independently examining the file, including the Court-appointed guardian ad litem's *in camera* report, the Court accepts the Report and Recommendation (Doc. #49).

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. #49) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) The Motion for Approval of Minor's Settlement (Doc. #48) is **GRANTED**. The Court approves the settlement in its entirety as in the best interest of the minor M.C. and directs that the settlement amount be distributed according to the terms recommended by the guardian ad litem.

(3) Plaintiff is **AUTHORIZED** to execute all necessary instruments to complete the settlement on M.C.'s behalf.

(4) The Clerk is **DIRECTED** to enter judgment for Plaintiff and against Defendant in the amount of $290,000.00 inclusive of all fees and costs.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of January 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record